Fred FREEMAN, Plaintiff—Appellant,

v.

Jonathan E. OZMINT, Director South Carolina Department of Corrections; Warden Bazzle; Muhaawaha, Case Worker; Olson; John Doe, Medical Director; Amy Enloe, Defendants -Appellees.

No. 05–7691.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2006.

Decided April 7, 2006.

Fred Freeman, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fred Freeman appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Freeman v. Ozmint,* No. CA–04–22832 (D.S.C. Sept. 30, 2005). We deny Freeman's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*